UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT NEITHERCOTT,<br><br>      Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE,<br><br>      Defendant. | Case No. C10-765-BAT<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |

After careful consideration of plaintiff's application to proceed in forma pauperis (Dkt. 1), the governing law and balance of the record, the Court ORDERS:

(1) Plaintiff's application to proceed in forma pauperis is **GRANTED**. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

(2) The Clerk of Court is directed to send a copy of this Order to plaintiff's counsel, and to issue summonses to plaintiff's counsel to enable proper service of the complaint on the appropriate parties. **It is the responsibility of plaintiff's counsel to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

///

///

ORDER GRANTING PLAINTIFF'S APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

(3)     The Clerk is further directed to send to plaintiff a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 12th day of May, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge