Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT NEITHERCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE, Commissioner<br>of the Social Security Administration,<br><br>    Defendant. | C10-0765-JCC<br><br>**ORDER** |

This matter comes before the Court upon the report and recommendation of the Honorable Brian A. Tsuchida, United States magistrate judge. (Dkt. No. 23). The Court has also considered the parties' stipulated motion to remand. (Dkt. No. 22). Having reviewed the relevant record, the Court hereby ADOPTS the report and recommendation.

The Court therefore REVERSES the Commissioner's final decision and REMANDS this matter to the Social Security Administration for further administrative proceedings consistent with the report and recommendation.

SO ORDERED this 29th day of October, 2010.

_____
JOHN C. COUGHENOUR
United States District Judge

ORDER, C10-0765-JCC
Page 1